**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| In re: | § | Case No. 14-16467 |
|---|---|---|
| | § | |
| SANDRA LYNN VERDINO | § | |
| | § | |
| | § | |
| Debtor | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 04/30/2014. The undersigned trustee was appointed on 04/30/2014.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                                                                $2,500.00

    Funds were disbursed in the following amounts:

    | | |
    |---|---|
    | Payments made under an interim distribution | $0.00 |
    | Administrative expenses | $0.00 |
    | Bank service fees | $0.26 |
    | Other Payments to creditors | $0.00 |
    | Non-estate funds paid to 3rd Parties | $0.00 |
    | Exemptions paid to the debtor | $0.00 |
    | Other payments to the debtor | $0.00 |
    | Leaving a balance on hand of[1] | $2,499.74 |

    The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 01/20/2015 and the deadline for filing government claims was 01/20/2015. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $625.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $625.00, for a total compensation of $625.00[2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $10.25, for total expenses of $10.25.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 04/06/2017          By:   /s/ David P. Leibowitz
                                 Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No.: | 14-16467-CAD | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | VERDINO, SANDRA LYNN | | Date Filed (f) or Converted (c): | 04/30/2014 (f) |
| For the Period Ending: | 4/6/2017 | | §341(a) Meeting Date: | 06/19/2014 |
| | | | Claims Bar Date: | 01/20/2015 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 3245 Calwagner Street, Franklin Park, Illinois 60131 Single Family Dwelling Purchased in 2005 (Purchase Price $451,000.00) Value Per Comps PIN#:12-21-425-003-0000 50% Partial Interest with Non Filing Spouse | $137,500.00 | $0.00 | | $0.00 | FA |
| 2 | Wells Fargo Bank Checking Account Ending with 0789 75% Partial Interest with Non Filing Spouse | $525.00 | $175.00 | | $0.00 | FA |
| Asset Notes: | $525 wildcard exemption taken, per amended B/C filed 7/21/14 | | | | | |
| 3 | Wells Fargo Bank Savings Account Ending with 9089 75% Partial Interest with Non Filing Spouse | $1,875.00 | $625.00 | | $0.00 | FA |
| Asset Notes: | $1875 wildcard exemption taken, per amended B/C filed 7/21/14 | | | | | |
| 4 | JP Morgan Chase Bank Checking Account Ending with 6295 | $400.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | $400 wildcard exemption taken, per amended B/C filed 7/21/14 | | | | | |
| 5 | JP Morgan Chase Bank Savings Account | $1,000.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | $1000 wildcard exemption taken, per amended B/C filed 7/21/14 | | | | | |
| 6 | Used Household Goods, Furnishings and Appliances | $2,000.00 | $2,000.00 | | $0.00 | FA |
| Asset Notes: | No exemption taken, per amended B/C filed 7/21/14 | | | | | |
| 7 | Used Clothing | $300.00 | $0.00 | | $0.00 | FA |
| 8 | Jewelry: Wedding Rings, Costume Jewlery | $1,250.00 | $3,300.00 | | $2,500.00 | FA |
| Asset Notes: | Finer Jewelry appraised jewelry at $3500.00 Scheduled value $1250; $200 wildcard exemption taken, per amended B/C filed 7/21/14 Order authorizing sale of estate's interest to Debtor for $2500 entered 8/24/16 (dkt 39). | | | | | |
| 9 | Camera | $100.00 | $100.00 | | $0.00 | FA |
| Asset Notes: | No exemption taken, per amended B/C filed 7/21/14 | | | | | |
| 10 | 401(K) Through Employer | $16,608.34 | $0.00 | | $0.00 | FA |
| 11 | Illinois Drivers License | $0.00 | $0.00 | | $0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 2       Exhibit A

| Case No.: | 14-16467-CAD | | Trustee Name: | David Leibowitz |
| --- | --- | --- | --- | --- |
| Case Name: | VERDINO, SANDRA LYNN | | Date Filed (f) or Converted (c): | 04/30/2014 (f) |
| For the Period Ending: | 4/6/2017 | | §341(a) Meeting Date: | 06/19/2014 |
| | | | Claims Bar Date: | 01/20/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 12   2010 BMW X5 with 54,000 Miles Value Per KBB, PPV | $24,129.00 | $0.00 | | $0.00 | FA |
| 13   2010 Jeep Liberty with 71,000 Miles Value Per KBB, PPV | $10,312.00 | $0.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**

|  | $195,999.34 | $6,200.00 | | $2,500.00 | **Gross Value of Remaining Assets** $0.00 |
| --- | --- | --- | --- | --- | --- |

Initial Projected Date Of Final Report (TFR):   12/31/2015         Current Projected Date Of Final Report (TFR):   04/05/2017

/s/ DAVID LEIBOWITZ
DAVID LEIBOWITZ

**FORM 2** Page No: 1 Exhibit B

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| **Case No.** | 14-16467-CAD |
| **Case Name:** | VERDINO, SANDRA LYNN |
| **Primary Taxpayer ID #:** | **-***9020 |
| **Co-Debtor Taxpayer ID #:** | |
| **For Period Beginning:** | 4/30/2014 |
| **For Period Ending:** | 4/6/2017 |

| | |
|---|---|
| **Trustee Name:** | David Leibowitz |
| **Bank Name:** | Green Bank |
| **Checking Acct #:** | ******6701 |
| **Account Title:** | Verdino Sandra L |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/29/2016 | (8) | VERDINO, SANDRA LYNN | Payment for Estate's interest in wedding and engagement rings | 1129-000 | $2,500.00 | | $2,500.00 |
| 08/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $0.26 | $2,499.74 |
| | | | **TOTALS:** | | $2,500.00 | $0.26 | $2,499.74 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $2,500.00 | $0.26 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $2,500.00 | $0.26 | |

**For the period of 4/30/2014 to 4/6/2017**

| | |
|---|---|
| Total Compensable Receipts: | $2,500.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,500.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.26 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.26 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 08/29/2016 to 4/6/2017**

| | |
|---|---|
| Total Compensable Receipts: | $2,500.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,500.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.26 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.26 |
| Total Internal/Transfer Disbursements: | $0.00 |

FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 2    Exhibit B

| Case No. | 14-16467-CAD | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | VERDINO, SANDRA LYNN | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***9020 | Checking Acct #: | ******6701 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Verdino Sandra L |
| For Period Beginning: | 4/30/2014 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/6/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $2,500.00 | $0.26 | $2,499.74 |

**For the period of 4/30/2014 to 4/6/2017**

| | |
|---|---|
| Total Compensable Receipts: | $2,500.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,500.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.26 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.26 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 04/30/2014 to 4/6/2017**

| | |
|---|---|
| Total Compensable Receipts: | $2,500.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,500.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.26 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.26 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ

| Case No.: | 14-16467-CAD | | | | | | | Trustee Name: | David Leibowitz |
| Case Name: | VERDINO, SANDRA LYNN | | | | | | | Date: | 4/6/2017 |
| Claims Bar Date: | 01/20/2015 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 5 | CAPITAL ONE BANK (USA), N.A.<br><br>PO Box 71083<br>Charlotte NC 28272-1083 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $8,337.88 | $0.00 | $0.00 | $0.00 | $8,337.88 |
| | DAVID P. LEIBOWITZ<br><br>53 West Jackson Boulevard, Suite 1610<br>Chicago IL 60604 | Trustee Expenses | Allowed | 2200-000 | $10.25 | $0.00 | $0.00 | $0.00 | $10.25 |
| | DAVID P. LEIBOWITZ<br><br>53 West Jackson Boulevard, Suite 1610<br>Chicago IL 60604 | Trustee Compensation | Allowed | 2100-000 | $625.00 | $0.00 | $0.00 | $0.00 | $625.00 |
| 2 | DISCOVER BANK<br><br>DB Servicing Corporation<br>PO Box 3025<br>New Albany OH 43054-3025 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $8,500.83 | $0.00 | $0.00 | $0.00 | $8,500.83 |
| 1 | DISCOVER PERSONAL LOANS<br><br>Po Box 6105<br>Carol Stream IL 60197-6105 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $2,207.55 | $0.00 | $0.00 | $0.00 | $2,207.55 |
| | LAKELAW<br><br>53 West Jackson Boulevard<br>Suite 1610<br>Chicago IL 60604 | Attorney for Trustee Fees (Trustee Firm) | Allowed | 3110-000 | $707.50 | $0.00 | $0.00 | $0.00 | $707.50 |
| | LAKELAW<br><br>53 West Jackson Boulevard<br>Suite 1610<br>Chicago IL 60604 | Attorney for Trustee Expenses (Trustee Firm) | Allowed | 3120-000 | $42.87 | $0.00 | $0.00 | $0.00 | $42.87 |

CLAIM ANALYSIS REPORT

Page No: 2
Exhibit C

| **Case No.** | 14-16467-CAD | | | | | | | | **Trustee Name:** David Leibowitz |
|---|---|---|---|---|---|---|---|---|---|
| **Case Name:** | VERDINO, SANDRA LYNN | | | | | | | | **Date:** 4/6/2017 |
| **Claims Bar Date:** | 01/20/2015 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 3 | NAVIENT SOLUTIONS INC. Po Box9640 Barre PA 18773-9640 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $1,017.92 | $0.00 | $0.00 | $0.00 | $1,017.92 |
| 4 | NAVIENT SOLUTIONS INC. Po Box9640 Barre PA 18773-9640 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $389.96 | $0.00 | $0.00 | $0.00 | $389.96 |
| 6 | SPRINT CORP. Attn Bankruptcy Dept PO Box 7949 Overland Park KS 66207-0949 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $279.73 | $0.00 | $0.00 | $0.00 | $279.73 |
| 7 | SYNCHRONY BANK c/o Recovery Management Systems Corp 25 SE 2nd Ave Suite 1120 Miami FL 33131-1605 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $996.87 | $0.00 | $0.00 | $0.00 | $996.87 |
| | | | | | $23,116.36 | $0.00 | $0.00 | $0.00 | $23,116.36 |

**CLAIM ANALYSIS REPORT**

Page No: 3
Exhibit C

| | |
|---|---|
| **Case No.** 14-16467-CAD | **Trustee Name:** David Leibowitz |
| **Case Name:** VERDINO, SANDRA LYNN | **Date:** 4/6/2017 |
| **Claims Bar Date:** 01/20/2015 | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| Attorney for Trustee Expenses (Trustee Firm) | $42.87 | $42.87 | $0.00 | $0.00 | $0.00 | $42.87 |
| Attorney for Trustee Fees (Trustee Firm) | $707.50 | $707.50 | $0.00 | $0.00 | $0.00 | $707.50 |
| General Unsecured § 726(a)(2) | $3,895.16 | $3,895.16 | $0.00 | $0.00 | $0.00 | $3,895.16 |
| Payments to Unsecured Credit Card Holders | $17,835.58 | $17,835.58 | $0.00 | $0.00 | $0.00 | $17,835.58 |
| Trustee Compensation | $625.00 | $625.00 | $0.00 | $0.00 | $0.00 | $625.00 |
| Trustee Expenses | $10.25 | $10.25 | $0.00 | $0.00 | $0.00 | $10.25 |

Exhibit D

**TRUSTEE'S PROPOSED DISTRIBUTION**

Case No.:       14-16467
Case Name:      SANDRA LYNN VERDINO
Trustee Name:   David P. Leibowitz

Balance on hand: $2,499.74

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors: $0.00
Remaining balance: $2,499.74

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $625.00 | $0.00 | $625.00 |
| David P. Leibowitz, Trustee Expenses | $10.25 | $0.00 | $10.25 |
| Lakelaw, Attorney for Trustee Fees | $707.50 | $0.00 | $707.50 |
| Lakelaw, Attorney for Trustee Expenses | $42.87 | $0.00 | $42.87 |

Total to be paid for chapter 7 administrative expenses: $1,385.62
Remaining balance: $1,114.12

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

Total to be paid to prior chapter administrative expenses: $0.00
Remaining balance: $1,114.12

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

Total to be paid to priority claims: $0.00
Remaining balance: $1,114.12

**UST Form 101-7-TFR (5/1/2011)**

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $21,730.74 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 5.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Discover Personal Loans | $2,207.55 | $0.00 | $113.18 |
| 2 | Discover Bank | $8,500.83 | $0.00 | $435.83 |
| 3 | Navient Solutions Inc. | $1,017.92 | $0.00 | $52.19 |
| 4 | Navient Solutions Inc. | $389.96 | $0.00 | $19.99 |
| 5 | Capital One Bank (USA), N.A. | $8,337.88 | $0.00 | $427.48 |
| 6 | Sprint Corp. | $279.73 | $0.00 | $14.34 |
| 7 | Synchrony Bank | $996.87 | $0.00 | $51.11 |

Total to be paid to timely general unsecured claims: $1,114.12
Remaining balance: $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

Total to be paid to tardily filed general unsecured claims: $0.00
Remaining balance: $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

**UST Form 101-7-TFR (5/1/2011)**

|  |  |
|---|---:|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

**UST Form 101-7-TFR (5/1/2011)**