**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 14-16467 |
| | § | |
| SANDRA LYNN VERDINO | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)      All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)      A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $156,641.00 | Assets Exempt: | $38,308.34 |
| Total Distributions to Claimants: | $1,114.12 | Claims Discharged Without Payment: | $60,565.62 |
| Total Expenses of Administration: | $1,385.88 | | |

3)      Total gross receipts of $2,500.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $2,500.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $407,226.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $1,385.88 | $1,385.88 | $1,385.88 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $54,055.00 | $21,730.74 | $21,730.74 | $1,114.12 |
| **Total Disbursements** | $461,281.00 | $23,116.62 | $23,116.62 | $2,500.00 |

4). This case was originally filed under chapter 7 on 04/30/2014. The case was pending for 39 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/06/2017                          By:   /s/ David P. Leibowitz
                                                        Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010)

**EXHIBITS  TO**
**FINAL  ACCOUNT**

### EXHIBIT  1 – GROSS  RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Jewelry:  Wedding Rings, Costume Jewlery | 1129-000 | $2,500.00 |
| **TOTAL  GROSS  RECEIPTS** | | $2,500.00 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT  2 – FUNDS  PAID  TO  DEBTOR  &  THIRD  PARTIES
NONE

### EXHIBIT  3 – SECURED  CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Cook County Assesor's Office | 4110-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Green Tree | 4110-000 | $367,419.00 | $0.00 | $0.00 | $0.00 |
| | Wells Fargo Dealer Services | 4110-000 | $31,177.00 | $0.00 | $0.00 | $0.00 |
| | Wells Fargo Dealer Services | 4110-000 | $8,630.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL  SECURED  CLAIMS** | | | $407,226.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT  4 – CHAPTER  7 ADMINISTRATIVE  FEES  and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $625.00 | $625.00 | $625.00 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $10.25 | $10.25 | $10.25 |
| Green Bank | 2600-000 | NA | $0.26 | $0.26 | $0.26 |
| Lakelaw,  Attorney for Trustee | 3110-000 | NA | $707.50 | $707.50 | $707.50 |
| Lakelaw,  Attorney for Trustee | 3120-000 | NA | $42.87 | $42.87 | $42.87 |
| **TOTAL  CHAPTER  7 ADMIN.  FEES  AND CHARGES** | | NA | $1,385.88 | $1,385.88 | $1,385.88 |

### EXHIBIT  5 – PRIOR  CHAPTER  ADMINISTRATIVE  FEES  and CHARGES
NONE

### EXHIBIT  6 – PRIORITY  UNSECURED  CLAIMS
NONE

USTForm 101-7-TDR (10/1/2010)

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Personal Loans | 7100-000 | $2,539.00 | $2,207.55 | $2,207.55 | $113.18 |
| 2 | Discover Bank | 7100-900 | $4,440.00 | $8,500.83 | $8,500.83 | $435.83 |
| 3 | Navient Solutions Inc. | 7100-000 | $1,227.00 | $1,017.92 | $1,017.92 | $52.19 |
| 4 | Navient Solutions Inc. | 7100-000 | $656.00 | $389.96 | $389.96 | $19.99 |
| 5 | Capital One Bank (USA), N.A. by American InfoSource LP as agent | 7100-900 | $4,660.00 | $8,337.88 | $8,337.88 | $427.48 |
| 6 | Sprint Corp. | 7100-000 | $0.00 | $279.73 | $279.73 | $14.34 |
| 7 | Synchrony Bank | 7100-900 | $584.00 | $996.87 | $996.87 | $51.11 |
| | American Education Services | 7100-000 | $10,040.00 | $0.00 | $0.00 | $0.00 |
| | American Education Services | 7100-000 | $8,446.00 | $0.00 | $0.00 | $0.00 |
| | American Education Services | 7100-000 | $3,660.00 | $0.00 | $0.00 | $0.00 |
| | Bank Of America, N.A. * | 7100-000 | $10,554.00 | $0.00 | $0.00 | $0.00 |
| | Chase * | 7100-000 | $7,249.00 | $0.00 | $0.00 | $0.00 |
| | Equifax Information Services, LLC | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Experian Information Solutions, Inc. | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Pierce & Associates | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Trans Union LLC | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $54,055.00 | $21,730.74 | $21,730.74 | $1,114.12 |

FORM 1

# INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| | |
|---|---|
| **Case No.:** 14-16467-CAD | **Trustee Name:** David Leibowitz |
| **Case Name:** VERDINO, SANDRA LYNN | **Date Filed (f) or Converted (c):** 04/30/2014 (f) |
| **For the Period Ending:** 7/6/2017 | **§341(a) Meeting Date:** 06/19/2014 |
| | **Claims Bar Date:** 01/20/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **Ref. #** | | | | | |
| 1   3245 Calwagner Street, Franklin Park, Illinois 60131 Single Family Dwelling Purchased in 2005 (Purchase Price $451,000.00) Value Per Comps PIN#:12-21-425-003-0000 50% Partial Interest with Non Filing Spouse | $137,500.00 | $0.00 | | $0.00 | FA |
| 2   Wells Fargo Bank Checking Account Ending with 0789 75% Partial Interest with Non Filing Spouse | $525.00 | $175.00 | | $0.00 | FA |
| **Asset Notes:**   $525 wildcard exemption taken, per amended B/C filed 7/21/14 | | | | | |
| 3   Wells Fargo Bank Savings Account Ending with 9089 75% Partial Interest with Non Filing Spouse | $1,875.00 | $625.00 | | $0.00 | FA |
| **Asset Notes:**   $1875 wildcard exemption taken, per amended B/C filed 7/21/14 | | | | | |
| 4   JP Morgan Chase Bank Checking Account Ending with 6295 | $400.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:**   $400 wildcard exemption taken, per amended B/C filed 7/21/14 | | | | | |
| 5   JP Morgan Chase Bank Savings Account | $1,000.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:**   $1000 wildcard exemption taken, per amended B/C filed 7/21/14 | | | | | |
| 6   Used Household Goods, Furnishings and Appliances | $2,000.00 | $2,000.00 | | $0.00 | FA |
| **Asset Notes:**   No exemption taken, per amended B/C filed 7/21/14 | | | | | |
| 7   Used Clothing | $300.00 | $0.00 | | $0.00 | FA |
| 8   Jewelry: Wedding Rings, Costume Jewlery | $1,250.00 | $3,300.00 | | $2,500.00 | FA |
| **Asset Notes:**   Finer Jewelry appraised jewelry at $3500.00
Scheduled value $1250; $200 wildcard exemption taken, per amended B/C filed 7/21/14
Order authorizing sale of estate's interest to Debtor for $2500 entered 8/24/16 (dkt 39). | | | | | |
| 9   Camera | $100.00 | $100.00 | | $0.00 | FA |
| **Asset Notes:**   No exemption taken, per amended B/C filed 7/21/14 | | | | | |
| 10   401(K) Through Employer | $16,608.34 | $0.00 | | $0.00 | FA |
| 11   Illinois Drivers License | $0.00 | $0.00 | | $0.00 | FA |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No:   2          Exhibit 8

| | |
|---|---|
| **Case No.:** | 14-16467-CAD |
| **Case Name:** | VERDINO, SANDRA LYNN |
| **For the Period Ending:** | 7/6/2017 |

| | |
|---|---|
| **Trustee Name:** | David Leibowitz |
| **Date Filed (f) or Converted (c):** | 04/30/2014 (f) |
| **§341(a) Meeting Date:** | 06/19/2014 |
| **Claims Bar Date:** | 01/20/2015 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 12 | 2010 BMW X5 with 54,000 Miles Value Per KBB, PPV | $24,129.00 | $0.00 | | $0.00 | FA |
| 13 | 2010 Jeep Liberty with 71,000 Miles Value Per KBB, PPV | $10,312.00 | $0.00 | | $0.00 | FA |

| | | | | **Gross Value of Remaining Assets** |
|---|---|---|---|---|
| **TOTALS (Excluding unknown value)** | $195,999.34 | $6,200.00 | $2,500.00 | $0.00 |

| | | | |
|---|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** 12/31/2015 | **Current Projected Date Of Final Report (TFR):** 04/05/2017 | /s/ DAVID LEIBOWITZ | |
| | | DAVID LEIBOWITZ | |

Page No: 1                    Exhibit 9

## FORM 2

### CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 14-16467-CAD | | Trustee Name: | David Leibowitz |
| Case Name: | VERDINO, SANDRA LYNN | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***9020 | | Checking Acct #: | ******6701 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Verdino Sandra L |
| For Period Beginning: | 4/30/2014 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 7/6/2017 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/29/2016 | (8) | VERDINO, SANDRA LYNN | Payment for Estate's interest in wedding and engagement rings | 1129-000 | $2,500.00 | | $2,500.00 |
| 08/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $0.26 | $2,499.74 |
| 06/01/2017 | 3001 | Lakelaw | Claim #: ; Amount Claimed: $42.87; Distribution Dividend: 100.00%; | 3120-000 | | $42.87 | $2,456.87 |
| 06/01/2017 | 3002 | Lakelaw | Claim #: ; Amount Claimed: $707.50; Distribution Dividend: 100.00%; | 3110-000 | | $707.50 | $1,749.37 |
| 06/01/2017 | 3003 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $625.00 | $1,124.37 |
| 06/01/2017 | 3004 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $10.25 | $1,114.12 |
| 06/01/2017 | 3005 | Discover Personal Loans | Claim #: 1; Amount Claimed: $2,207.55; Distribution Dividend: 5.13%; | 7100-000 | | $113.18 | $1,000.94 |
| 06/01/2017 | 3006 | Navient Solutions Inc. | Claim #: 3; Amount Claimed: $1,017.92; Distribution Dividend: 5.13%; | 7100-000 | | $52.19 | $948.75 |
| 06/01/2017 | 3007 | Navient Solutions Inc. | Claim #: 4; Amount Claimed: $389.96; Distribution Dividend: 5.13%; | 7100-000 | | $19.99 | $928.76 |
| 06/01/2017 | 3008 | Sprint Corp. | Claim #: 6; Amount Claimed: $279.73; Distribution Dividend: 5.13%; | 7100-000 | | $14.34 | $914.42 |
| 06/01/2017 | 3009 | Discover Bank | Claim #: 2; Amount Claimed: $8,500.83; Distribution Dividend: 5.13%; | 7100-900 | | $435.83 | $478.59 |
| 06/01/2017 | 3010 | Capital One Bank (USA), N.A. by American InfoSource LP as agent | Claim #: 5; Amount Claimed: $8,337.88; Distribution Dividend: 5.13%; | 7100-900 | | $427.48 | $51.11 |
| 06/01/2017 | 3011 | Synchrony Bank | Claim #: 7; Amount Claimed: $996.87; Distribution Dividend: 5.13%; | 7100-900 | | $51.11 | $0.00 |

| | | | | SUBTOTALS | $2,500.00 | $2,500.00 | |

**FORM 2**

Page No: 2          Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| **Case No.** | 14-16467-CAD |
| **Case Name:** | VERDINO, SANDRA LYNN |
| **Primary Taxpayer ID #:** | **-***9020 |
| **Co-Debtor Taxpayer ID #:** | |
| **For Period Beginning:** | 4/30/2014 |
| **For Period Ending:** | 7/6/2017 |

| | |
|---|---|
| **Trustee Name:** | David Leibowitz |
| **Bank Name:** | Green Bank |
| **Checking Acct #:** | ******6701 |
| **Account Title:** | Verdino Sandra L |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | Uniform Tran Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | | **Deposit $** | **Disbursement $** | **Balance** |
| | | | **TOTALS:** | | $2,500.00 | $2,500.00 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $2,500.00 | $2,500.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $2,500.00 | $2,500.00 | |

**For the period of 4/30/2014 to 7/6/2017**

| | |
|---|---|
| Total Compensable Receipts: | $2,500.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,500.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $2,500.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2,500.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 08/29/2016 to 7/6/2017**

| | |
|---|---|
| Total Compensable Receipts: | $2,500.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,500.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $2,500.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2,500.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

FORM 2                                                                                    Page No: 3      Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| **Case No.** | 14-16467-CAD |
| **Case Name:** | VERDINO, SANDRA LYNN |
| **Primary Taxpayer ID #:** | **-***9020 |
| **Co-Debtor Taxpayer ID #:** | |
| **For Period Beginning:** | 4/30/2014 |
| **For Period Ending:** | 7/6/2017 |

| | |
|---|---|
| **Trustee Name:** | David Leibowitz |
| **Bank Name:** | Green Bank |
| **Checking Acct #:** | ******6701 |
| **Account Title:** | Verdino Sandra L |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | $2,500.00 | $2,500.00 | $0.00 |

For the period of **4/30/2014** to **7/6/2017**

| | |
|---|---|
| Total Compensable Receipts: | $2,500.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,500.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $2,500.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2,500.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

For the entire history of the case between **04/30/2014** to **7/6/2017**

| | |
|---|---|
| Total Compensable Receipts: | $2,500.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,500.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $2,500.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2,500.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ